IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SCOTT EUGENE FAIRLEY                                      PLAINTIFF

        v.                     Civil No. 06-5125

NURSE RHONDA BRADLEY;
CORPORAL FREEMAN; RANDALL
DENZER, Jail Administrator; and
SHERIFF TIM HELDER                                    DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **January 24, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 2nd day of November 2006.

                                                                     /s/ Beverly Stites Jones
                                                                     UNITED STATES MAGISTRATE JUDGE