IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SCOTT EUGENE FAIRLEY                                                PLAINTIFF

         v.            Civil No. 06-5125

NURSE RHONDA BRADLEY;
CORPORAL FREEMAN; RANDALL
DENZER, Jail Administrator; and
SHERIFF TIM HELDER                                                  DEFENDANTS

**O R D E R**

Now on this 18th day of March, 2008, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #26), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion For Summary Judgment** (document #19) is **granted**, and plaintiff's claims are **dismissed with prejudice**.

IT IS SO ORDERED.

                                          /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE